1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9     XUEFENG HUANG,                          Case No. 19-cv-02132 LHK

10                    Plaintiff,
                                              **ORDER VACATING SETTLEMENT
11          v.                                CONFERENCE; ORDER TO SHOW
                                              CAUSE WHY DEFENDANT AND
12    BAOLIN GE,                              HIS COUNSEL SHOULD NOT BE
                                              SANCTIONED**
13                    Defendant.

14

15

16          A settlement conference is scheduled before me on June 23, 2020.  (ECF 68, setting

17   conference).  Defendant's settlement brief was due June 16.  As of this writing on the

18   evening of June 19, defendant has not submitted a settlement brief.  A reminder email to

19   defendant's counsel John Kitta earlier today from my courtroom deputy was not answered.

20   This non-responsiveness is consistent with litigation activities documented in prior orders

21   in this case by the trial judge (dismissing counterclaims at ECF 79) and me

22   (recommending default judgment at ECF 82).  The non-responsiveness also contradicts

23   attorney Kitta's June 12 brief representing that his office "is prepared to move forward

24   with the representation of Mr. Ge."  ECF 83 at 2:24.

25          This order VACATES the June 23 settlement conference.  It is unfair to plaintiff,

26   her volunteer limited purpose counsel, the interpreters, and the Court, to prepare for and

27   appear at a court hearing when there is no indication that defendant and his counsel will

28   participate.  Instead, attorney John Kitta must show cause why he should not be sanctioned

United States District Court
Northern District of California

$500 for his failure to respond to court orders and failure to communicate with opposing counsel and the Court.  Attorney Kitta must respond in a filed writing by June 26 and appear by telephone July 1, 2020, at 10:00 a.m., by calling 888.684.8852, passcode 1557087.

**IT IS SO ORDERED.**

Dated:  June 19, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

United States District Court
Northern District of California