UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XUEFENG HUANG,<br><br>    Plaintiff,<br><br>  v.<br><br>BAOLIN GE,<br><br>    Defendant. | Case No. 19-CV-02132-LHK<br><br>**ORDER TERMINATING LIMITED-SCOPE PRO BONO APPOINTMENT** |

On April 20, 2020, the Court appointed Andrew Ong, Indra Neel Chatterjee, and Wendell Lin ("Pro Bono Counsel") of Goodwin Proctor LLP as pro bono counsel "for the limited purpose of representing [Plaintiff Xuefeng Huang] in connection with the parties' upcoming settlement conference before United States Magistrate Judge Nathanael Cousins." ECF No. 70.  The Court later extended the scope of the limited scope representation "to represent [Plaintiff] in opposing Defendant's motion to vacate." ECF No. 99.

The Federal Pro Se Program has informed the Court that Pro Bono Counsel's limited scope representation is now concluded.  Accordingly, the Court terminates the limited scope representation of Plaintiff by Pro Bono Counsel in this case.

**IT IS SO ORDERED.**

Dated: February 12, 2021

_____
LUCY H. KOH
United States District Judge